

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00828-CR

Saul Matthew **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10721
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 9, 2014.

_____
Marialyn Barnard, Justice